Milner et al., Appellants, *v.* Prudential Insurance Company of America.

Argued June 15, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Lee B. Sacks,* with him *Samuel I. Sacks,* for appellants.

*George M. Brodhead,* with him *Peter C. Paul, J. Welles Henderson,* and *Rawle & Henderson,* for appellee.

OPINION PER CURIAM, September 12, 1961:

The judgment of the Municipal Court of Philadelphia County is affirmed on the opinion of Judge FRAN-

cis F. Burch for the court below, reported at 24 Pa. D. & C. 2d 729.